UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

USA,

Plaintiff(s),

**CALENDAR NOTICE**

v.

26cr393 (VB)

CESAR AUGUSTO LOPEZ VARGAS,

Defendant(s).
-------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled for:

___ Status conference
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion
___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
_x__Sentencing

on December 17, 2026, at 2:30 p.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: August 31, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge