UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CESAR AUGUSTO LOPEZ VARGAS,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>: | **ORDER ACCEPTING**<br>**PLEA ALLOCUTION**<br><br>26 CR 393 (VB) |

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated August 28, 2026, is approved and accepted, and the defendant is adjudged guilty of the offenses charged in Count One and Count Two of the information.

The Clerk is directed to enter the guilty plea.

Dated: October 16, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge